**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GWENDOLYN DAMIANO,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:13-2635** |
| | : | |
| **v.** | : | **(JUDGE MANNION)** |
| | : | |
| **SCRANTON SCHOOL DISTRICT***, et al.,* | : | |
| **Defendants** | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** District Defendants' motion to dismiss, (Doc. 51), plaintiff's second amended complaint, (Doc. 46), is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's Fifth Amendment due process claims are **DISMISSED WITH PREJUDICE**. Plaintiff's constitutional claims against SSD, except for her First Amendment retaliation claim in Count VIII and her §1983 conspiracy claim in Count X regarding retaliation, are **DISMISSED WITH PREJUDICE**. Plaintiff's claims against the six defendant board members in their official capacity are **DISMISSED WITH PREJUDICE**. Plaintiff's request for punitive damages against the six defendant board members in their official capacity is **DISMISSED WITH PREJUDICE**. Plaintiff's 14th Amendment pre-deprivation due process claims raised in Counts I-V of her second amended complaint are **DISMISSED WITH PREJUDICE**. Plaintiff's First Amendment prior restraint retaliation claim contained in Count III of her second amended complaint is **DISMISSED WITH PREJUDICE**. Plaintiff's 14th Amendment

stigma-plus claim contained in Count VI of her second amended complaint is **DISMISSED WITH PREJUDICE**. Plaintiff's 14th Amendment post-deprivation procedural due process claims contained in Count VII of her second amended complaint are **DISMISSED WITH PREJUDICE**. District Defendants' motion to dismiss plaintiff's First Amendment retaliation claim contained in Count VIII of her second amended complaint is **DENIED** and this claim is **PERMITTED TO PROCEED** against SSD and the six board members in their individual capacity. Plaintiff's claim for punitive damages regarding Count VIII against the six board members in their individual capacity is **PERMITTED TO PROCEED**.

Defendant Boland's motion to dismiss plaintiff's second amended complaint, (Doc. 54), is **GRANTED IN PART** and **DENIED IN PART**. Defendant Boland's motion is **GRANTED** with respect to plaintiff's 14th Amendment due process claim in Count IX and this claim is **DISMISSED WITH PREJUDICE**. Defendant Boland's motion is **GRANTED** with respect to plaintiff's First Amendment retaliation claim in Count IX and this claim is **DISMISSED WITH PREJUDICE** against Boland in her individual capacity. Plaintiff's claims against defendant Boland in her official capacity are **DISMISSED WITH PREJUDICE**. Thus, Count IX is **DISMISSED WITH PREJUDICE**.

Additionally, plaintiff's §1983 conspiracy claim in Count X against District Defendants and defendant Boland regarding her 14th Amendment due

process rights is **DISMISSED WITH PREJUDICE**. Plaintiff's conspiracy claim under §1983 in Count X is **PERMITTED TO PROCEED** against all defendants regarding only her First Amendment retaliation claims.

Finally, defendants will be directed to file their answers to the remaining claims of plaintiff's second amended complaint within **fourteen (14) days** of the date of this order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 30, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2635-01-Order.wpd

3