**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

**GWENDOLYN DAMIANO,**          :

           **Plaintiff**          :          **CIVIL ACTION NO. 3:13-2635**

           **v.**          :          **(JUDGE MANNION)**

**SCRANTON SCHOOL**          :
**DISTRICT*, et al.,***
                     :

           **Defendants**

                     :

**O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the District defendants' motion to strike, in part, the plaintiff's affidavit, **(Doc. 122)**, is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    **(1)**          the motion is **DENIED** with respect to the District defendants' request to strike paragraphs 5 and 19 under the sham affidavit doctrine;

    **(2)**          the motion is **GRANTED** with respect to the District defendants' request to strike paragraphs 12, 14, 15, 18 as containing inadmissible hearsay for which no exception has been proffered;

    **(3)**          the motion is **GRANTED** with respect to the District defendants' request to strike that portion of paragraph 9

which constitutes improper opinion or belief that the plaintiff was assigned to John Adams Elementary School as retaliation and is **DENIED** as to all other factual content; and

**(4)**   the motion is **GRANTED** with respect to the District defendants' request to strike paragraph 17 which constitutes improper opinion or belief that the plaintiff was assigned to John Adams Elementary School as retaliation.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: June 13, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2635-02-ORDER.wpd

2