**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**GWENDOLYN DAMIANO,**                          :

                          **Plaintiff**         :     **CIVIL ACTION NO. 3:13-2635**

              **v.**                            :          **(JUDGE MANNION)**

**SCRANTON SCHOOL**                             :
**DISTRICT***, et al.,*
                                                :
                          **Defendants**
                                                :

**O R D E R**

In light of the memorandum issued this same day, **IT IS HEREBY**

**ORDERED THAT:**

(1)     the District defendants' motion for summary judgment,

        **(Doc. 94)**, is **GRANTED**;

(2)     defendant Boland's motion for summary judgment, **(Doc.**

        **110)**, is **GRANTED**; and

(3)     the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  September 19, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2635-03-ORDER.wpd